Joshua P. Davis, SBN 193254
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
T.415.215.0962; F.215.875.4604

Sophia M. Rios, SBN 305801
srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
T. 619.489.0300

E. Michelle Drake*
emdrake@bm.net
Marika K. O'Connor Grant, SBN 334469
moconnorgrant@bm.net
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470
*pro hac vice forthcoming

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHONNA COLEMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>Defendants. | Case No. 5:25-cv-00367<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the Named Parties) to report.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: January 10, 2025 | /s/Joshua P. Davis |
|  | Joshua P. Davis, SBN 193254 |
|  | BERGER MONTAGUE PC |
|  | *Counsel for Plaintiff* |

2