UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Shonna Coleman,                           ,

          Plaintiff(s),

    v.

PayPal Holdings, Inc., PayPal    ,

          Defendant(s).

Case No. ___5:25-cv-00367___

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, E. Michelle Drake ____, an active member in good standing of the bar of Minnesota ____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Coleman ____ in the above-entitled action. My local co-counsel in this case is Joshua P. Davis ____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 193254 ____.

| Berger Montague PC, 1229 Tyler Street NE, Suite 205 Minneapolis, MN 55413 | Berger Montague PC, 505 Montgomery Street, Suite 625, San Francisco, CA 94111 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 612-594-5933 | 415-215-0962 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| emdrake@bm.net | jdavis@bm.net |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0387366 ____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 ____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 1/10/2025 _____                          E. Michelle Drake _____
                                                          APPLICANT
5

6    ═══════════════════════════════════════════════════════════════

7

8                            ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  E. Michelle Drake _____  is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17   _____

18   UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California