# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

ELEANOR MICHELLE DRAKE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

April 30, 2007

Given under my hand and seal of this court on

July 24, 2024

*Emily J. Eschweiler*
Emily J. Eschweiler, Director
Office of Lawyer Registration