1  PAUL F. RUGANI
   (SBN 342647)
2  prugani@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  2050 Main Street, Suite 1100
   Irvine, CA 92614-8255
4  Telephone:   +1 949 567 6700
   Facsimile:   +1 949 567 6710
5
   RICHARD A. JACOBSEN
6  (*pro hac vice forthcoming*)
   rjacobsen@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 West 52nd Street
8  New York, NY  10019-6142
   Telephone:   +1 212 506 5000
9  Facsimile:   +1 212 506 5151

10 CLEMENT SETH ROBERTS
   (SBN 209203)
11 croberts@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 The Orrick Building
   405 Howard Street
13 San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
14 Facsimile:   +1 415 773 5759

15
   *Attorneys for PayPal, Inc. and PayPal Holdings, Inc.*
16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                          SAN JOSE DIVISION
19

20
   SHONNA COLEMAN, on behalf of herself and      Case No. 5:25-cv-367
21 all others similarly situated,
                                                 **DEFENDANT'S CERTIFICATION OF**
22              Plaintiff,                       **CONFLICTS AND INTERESTED**
                                                 **ENTITIES OR PERSONS**
23         v.                                    **[Fed. R. Civ. P. 7.1; Civ. L.R. 3-15]**

24 PAYPAL HOLDINGS, INC., a California           Hon. Nathanael M. Cousins
   Corporation, PAYPAL, INC., a California
25 Corporation,

26              Defendants.

27

28

                                                              CASE NO. 5:25-cv-367

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants PayPal Holdings, Inc. and PayPal, Inc., by their counsel, state that Defendant PayPal Holdings, Inc. is the parent corporation of PayPal, Inc. and there is no publicly held corporation that owns ten percent (10%) or more of PayPal Holdings, Inc. stock.

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendants PayPal, Inc. and PayPal Holdings, Inc. certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 13, 2025

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Paul Rugani_____
PAUL RUGANI

Attorneys for Defendants
PAYPAL, INC. and PAYPAL HOLDINGS, INC.