1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company<br><br>         Plaintiffs,<br>   v.<br>PAYPAL, INC.,<br><br>         Defendant. | Case No.: 5:24-cv-9470-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br>   v.<br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>         Defendants. | Case No.: 5:24-cv-09510-SVK |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

- 2 -

| | |
|---|---|
| GamersNexus LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>              Defendant. | Case No.: 5:25-cv-00114-BLF |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>              Defendant. | Case No.: 5:25-cv-00124-EKL |
| SHONNA COLEMAN, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>              Defendants. | Case No.: 5:25-cv-00367-NC |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | | |
|---|---|---|
| 1 | | |
| 2 | JOSE MORAN, individually and on behalf of others similarly situated, | Case No.: 5:25-cv-00476-SVK |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | | |
| 6 | PAYPAL INC. and PAYPAL HOLDINGS, INC., | |
| 7 | Defendants. | |
| 8 | LYON FITNESS, LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00501-NC |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | PAYPAL HOLDINGS, INC., a Delaware Corporation, and PAYPAL, INC., a Delaware Corporation, | |
| 13 | | |
| 14 | Defendants. | |
| 15 | | |
| 16 | EDGAR OGANESYAN and MATTHEW ELY, individually and on behalf of all others similarly situated, | Case No.: 4:25-cv-00518-PHK |
| 17 | | |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| 21 | | |
| 22 | Defendants. | |
| 23 | BREVARD MARKETING LLC, individually and on behalf of all others similarly situated, | Case No.: 5:25-cv-00573-VKD |
| 24 | | |
| 25 | Plaintiff, vs. | |
| 26 | | |
| 27 | PAYPAL, INC and PAYPAL HOLDINGS, INC, | |
| 28 | Defendants. | |

- 3 -
[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

This matter comes before the Court on Plaintiffs' Unopposed Amended Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

Upon consideration of the foregoing motion, the papers submitted in support, and good cause appearing, the Court hereby GRANTS the motion.

IT IS SO ORDERED that *Silva v. PayPal*, No. 5:24-cv-09510 (N.D. Cal.), *GamersNexus LLC v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00114 (N.D. Cal.), *Young v. Paypal, Inc., et al.*, No. 5:25-cv-00124 (N.D. Cal.), *Coleman v. Paypal Inc., et al.*, No. 5:25-cv-00367 (N.D. Cal.), *Moran v. Paypal, Inc., et al.*, No. 5:25-cv-00476 (N.D. Cal.), *Lyon Fitness v. Paypal, Inc., et al.*, No. 5:25-cv-00501 (N.D. Cal.), *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518 (N.D. Cal.), and *Brevard Marketing v. PalPal,et al., Inc.*, No. 5:25-cv-00573 (N.D. Cal), are related to *Wendover, et al. v. PayPal*, No. 5:24-cv-9470-BLF, (N.D. Cal.) and all cases are now assigned to the undersigned Judge.

Dated: January 17, 2025

Hon. Beth Labson Freeman
United States District Judge

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED